IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODNEY DESSBERG,

    Plaintiff

vs.

                                                          Case No.: 8:17-cv-00294-JDW-JSS

NPC INTERNATIONAL, INC.

    Defendants.                  /

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) Federal Rules Civil Procedure and file this their stipulation for voluntary dismissal with prejudice.

Each party shall bear its own costs and attorneys' fees.


*/s/ Thomas G. Long*  
THOMAS G. LONG, ESQ.  
FBN367321  
Barnett, Bolt, Kirkwood, et al.  
Long & Koche  
601 Bayshore Blvd., Ste 700  
Tampa, FL 33606  
(813) 253-2020/ Fax: (813) 251-6711  
tlong@barnettbolt.com  
kturley@barnettbolt.com  
kbernstein@barnettbolt.com  
Local Counsel for NPC International, Inc.

Dated: 4/9/18

*/s/ Robert A. Vigh*  
ROBERT A. VIGH, ESQ.  
FBN 0991902  
Solomon, Vigh, P.A.  
Attorneys at Law  
PO Box 3275  
Tampa, FL 33601-3275  
Ph: 813-229-0115/ Fax: (813) 221-9158  
rvigh@sgv-law.com  
robvigh@gmail.com  
Attorney for Plaintiff, Rodney Dessberg

Dated: 4/9/18

*/s/ John M. Duggan*  
JOHN M. DUGGAN, ESQ.  
KANSAS BAR 14053  
DUGGAN SHADWICK DOERR  
& KURLBAUM, LLC  
9101 W. 100th STREET, SUITE 200  
OVERLAND PARK, KS 66210  
(913) 498-3536/ FAX: (913) 498-3538  
jduggan@dsdklaw.com  
Co-Counsel for Defendant  
NPC International, Inc.

Dated: 4/9/18

*/s/ Deron A. Anliker*  
DERON A. ANLIKER, ESQ  
KANSAS BAR 16877  
DUGGAN SHADWICK DOERR  
& KURLBAUM, LLC  
9101 W. 100th STREET, SUITE 200  
OVERLAND PARK, KS 66210  
(913) 498-3536/ FAX: (913) 498-3538  
danliker@dsdklaw.com  
Co-Counsel for Defendant  
NPC International, Inc.

Dated: 4/9/18